# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

JASON BRISMAN,

                              Plaintiff,           9:15-cv-00712 (BKS/DEP)

v.

AARON McCABE and ANTHONY VOLPE,

                              Defendants.

**Hon. Brenda K. Sannes, United States District Judge:**

# VERDICT SHEET

## **FIRST AMENDMENT RETALIATION**

### **Question 1**

Do you find that Plaintiff Jason Brisman has proven by a preponderance of the evidence each and every element of his First Amendment retaliation claim under 42 U.S.C. § 1983 as against Defendant McCabe?

Yes_____    No__X__

**If you answered YES to Question 1, proceed to Question 2.  If you answered NO to Question 1, proceed to Page 3.**

### **Question 2**

### **Compensatory Damages**

What amount, if any, do you award as compensatory damages against Defendant McCabe? (*Please Note*: If you find that Plaintiff's rights were violated, but that Plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual damages, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$_____

**Proceed to Question 3.**

### **Question 3**

### **Punitive Damages**

Do you find that Plaintiff Jason Brisman is entitled to an award of punitive damages against Defendant McCabe?

Yes_____    No_____

# FIRST AMENDMENT MAIL INTERFERENCE

## Question 1

Do you find that Plaintiff Jason Brisman has proven by a preponderance of the evidence each and every element of his First Amendment mail interference claim under 42 U.S.C. § 1983 as against Defendant Volpe?

Yes_____   No__X__

**If you answered YES to Question 1, proceed to Question 2. If you answered NO to Question 1, your deliberations are complete, and you do not need to answer Questions 2 or 3. The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.**

## Question 2

### Compensatory Damages

What amount, if any, do you award as compensatory damages against Defendant Volpe? (*Please Note*: If you find that Plaintiff's rights were violated, but that Plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual damages, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$_____

**Proceed to Question 3.**

## Question 3

### Punitive Damages

Do you find that Plaintiff Jason Brisman is entitled to an award of punitive damages against Defendant Volpe?

Yes_____   No_____

**The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.**

**Foreperson:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   **Date:** 2-27-19

\*\*\*NAME REDACTED